UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:20-cv-01046-CEM-GJK

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

PRIME PROPERTIES INTERNATIONAL, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant have settled this matter. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com

    Social Justice Law Collective, PL
    974 Howard Ave.
    Dunedin, FL 34698
    (202) 709-5744
    (866) 893-0416 (Fax)

    Attorneys for the Plaintiff


    By:  *s/ Shawn A. Heller*
         Shawn A. Heller, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 15th day of July, 2020, which will send a notice of electronic filing to all attorneys of record. A copy of the foregoing was emailed to counsel for the Defendant.

By: *s/ Shawn A. Heller*
Shawn A. Heller, Esq.